Keith W. EDWARDS, Petitioner,

v.

DEPARTMENT OF JUSTICE,
Respondent.

Keith W. Edwards, Petitioner,

v.

Department of Homeland Security,
Respondent.

Nos. 04–3433, 05–3367.

United States Court of Appeals,
Federal Circuit.

July 12, 2006.

Rehearing Denied Oct. 19, 2006.

Before LOURIE, Circuit Judge,
PLAGER, Senior Circuit Judge and
LINN, Circuit Judge.

***JUDGMENT***

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.